UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
:
JOSÉ L. SALMERÓN-DE JESÚS and  : 08 Civ. 2168 (KMK)(LMS)
FRANCISCO J. MEDINA-SUÁREZ,    :
: ECF CASE
Plaintiffs,          :
:
-against-          :
:
NORTHERN DUTCHESS LANDSCAPING INC.,  : APPEARANCE
JAMES MEDDAUGH, and INTERNATIONAL LABOR :
MANAGEMENT CORPORATION, INC.,  :
:
Defendants.         :
---------------------------------------------------------x

To the Clerk of Court and all parties of record:

    Please enter my appearance in this case as counsel for Plaintiffs.

    I certify that I am admitted to practice in this Court.

Dated: Kingston, NY
       April 18, 2008

                                  By: s/Lara Elayne Kasper-Buckareff

                                  Lara Elayne Kasper-Buckareff (LK-1974)
                                  lkbuckareff@wnylc.com
                                  WORKERS' RIGHTS LAW CENTER OF
                                  NEW YORK, INC.
                                  101 Hurley Avenue, Suite 5
                                  Kingston, NY 12401
                                  (845) 331-6615
                                  (845) 331-6617 (facsimile)