BOND, SCHOENECK & KING, PLLC
Michael P. Collins (MC-0906)
330 Madison Avenue
New York, New York, 10017-5001
(646)253-2300
Attorneys for Defendant International Labor Management Corporation, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE L. SALMERON DE JESUS and
FRANCISCO J. MEDINA-SUAREZ,

      Plaintiffs,     Civil Action No.:
                  08 Civ. 2168(KMM)

  v.

NORTHERN DUTCHESS LANDSCAPING, INC.,
JAMES MEDDAUGH, and INTERNATIONAL
LABOR MANAGEMENT CORPORATION, INC.,

      Defendants.

---

## RULE 7.1 STATEMENT

  Defendant, INTERNATIONAL LABOR MANAGEMENT CORPORATION, INC. by and through its attorneys, BOND, SCHOENECK & KING, PLLC, hereby states as follows, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

  It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
    May 12, 2008          BOND, SCHOENECK & KING, PLLC


                  By: s/Michael P. Collins
                    Michael P. Collins (MC-0906)
                  Attorneys for Defendant
                  Labor Management Corporation, Inc.

                                          330 Madison Avenue, 39th Floor
                                          New York, New York  10017-5001
                                          Telephone:  (646) 253-2300
                                          Facsimile:  (646) 253-2301
                                          E-mail:  mcollins@bsk.com

<u>Of Counsel</u>:

W. R. Loftis, Jr.
Robin Shea
Costangy, Brooks & Smith, LLC
100 N. Cherry Street, Suite 300
Winston-Salem, NC  27101
Telephone:  (336) 721-1001
Facsimile:  (336) 748-9112

387904.1

18893.1 5/12/2008