UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
    One North Broadway, 15th Floor
    White Plains, New York 10601
    (914) 328-0404
    Jonathan M. Kozak (JK 9619)
*Attorneys for Defendants Northern Dutchess
Landscaping Inc. and James Meddaugh*

---------------------------------------------------------x

JOSÉ L. SALMERÓN-DE JESÚS AND
FRANCISCO J. MEDINA-SUÁREZ,

                    Plaintiffs,

-against-

NORTHERN DUTCHESS LANDSCAPING    Case No. 08 Civ. 2168 (KMK)
INC., JAMES MEDDAUGH, AND
INTERNATIONAL LABOR
MANAGEMENT CORPORATION, INC.,

                    Defendants.

---------------------------------------------------------x

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

    Please enter the appearance of Jackson Lewis LLP by attorney Jonathan M. Kozak, Esq. as attorneys for Defendants Northern Dutchess Landscaping Inc. and James Meddaugh.

                JACKSON LEWIS LLP
                Jonathan M. Kozak (JK 9619)
                *kozakj@jacksonlewis.com*
                One North Broadway, 15th Floor
                White Plains, New York 10601
                Tele: (914) 328-0404
                Fax: (914) 328-1882

- 2 -

        Respectfully submitted,

        JACKSON LEWIS LLP

        One North Broadway, 15th Floor
        White Plains, New York 10601
        (914) 328-0404
        (914) 328-1882 Facsimile

By: _____
        Jonathan M. Kozak (JK 9619)

        *Attorneys for Defendants Northern Dutchess*
        *Landscaping Inc. and James Meddaugh*

Dated: May 12, 2008
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
    One North Broadway, 15th Floor
    White Plains, New York 10601
    (914) 328-0404
    Jonathan M. Kozak (JK 9619)
*Attorneys for Defendants Northern Dutchess*
*Landscaping Inc. and James Meddaugh*

------------------------------------------------------------x

JOSÉ L. SALMERÓN-DE JESÚS AND
FRANCISCO J. MEDINA-SUÁREZ,

                      Plaintiffs,

    -against-

NORTHERN DUTCHESS LANDSCAPING
INC., JAMES MEDDAUGH, AND
INTERNATIONAL LABOR
MANAGEMENT CORPORATION, INC.,

                      Defendants.

------------------------------------------------------------x

Case No. 08 Civ. 2168 (KMK)

## CERTIFICATE OF SERVICE

       I, hereby certify that a true and correct copy of the foregoing Notice of Appearance was served via Federal Express, overnight mail, on May 12, 2008 upon:

                Patricia C. Kakalec, Esq.
                Lara Kasper-Buckareff, Esq.
                101 Hurley Street, Suite 5
                Kingston, New York 12401
                  *Attorneys for Plaintiffs*

                                                    Jonathan M. Kozak