UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
    One North Broadway, 15th Floor
    White Plains, New York 10601
    (914) 328-0404
    Jonathan M. Kozak (JK 9619)
*Attorneys for Defendants Northern Dutchess*
*Landscaping Inc. and James Meddaugh*

---------------------------------------------------------------x

JOSÉ L. SALMERÓN-DE JESÚS AND
FRANCISCO J. MEDINA-SUÁREZ,

                       Plaintiffs,

    -against-

NORTHERN DUTCHESS LANDSCAPING
INC., JAMES MEDDAUGH, AND
INTERNATIONAL LABOR
MANAGEMENT CORPORATION, INC.,

                       Defendants.

---------------------------------------------------------------x

Case No. 08 Civ. 2168 (KMK)

## DEFENDANT NORTHERN DUTCHESS LANDSCAPING INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant Northern Dutchess Landscaping Inc. ("Defendant NDL") certify that Defendant NDL is not a publicly traded corporation. Additionally, no publicly held or parent corporation owns 10% or more of Defendant NDL's stock.

- 2 -

        Respectfully submitted,

        JACKSON LEWIS LLP

        One North Broadway, 15th Floor
        White Plains, New York 10601
        (914) 328-0404
        (914) 328-1882 Facsimile

By: _____
        Jonathan M. Kozak (JK 9619)

*Attorneys for Defendants Northern Dutchess Landscaping Inc. and James Meddaugh*

Dated:   May 12, 2008
           White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
    One North Broadway, 15th Floor
    White Plains, New York 10601
    (914) 328-0404
    Jonathan M. Kozak (JK 9619)
*Attorneys for Defendants Northern Dutchess*
*Landscaping Inc. and James Meddaugh*

------------------------------------------------------------x

JOSÉ L. SALMERÓN-DE JESÚS AND
FRANCISCO J. MEDINA-SUÁREZ,

                    Plaintiffs,

    -against-

NORTHERN DUTCHESS LANDSCAPING      Case No. 08 Civ. 2168 (KMK)
INC., JAMES MEDDAUGH, AND
INTERNATIONAL LABOR
MANAGEMENT CORPORATION, INC.,

                    Defendants.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of Defendant Northern Dutchess Landscaping Inc.'s Rule 7.1 Disclosure Statement was served via Federal Express, overnight mail, on May 12, 2008 upon:

        Patricia C. Kakalec, Esq.
        Lara Kasper-Buckareff, Esq.
        101 Hurley Street, Suite 5
        Kingston, New York 12401
          *Attorneys for Plaintiffs*

                                                  _____
                                                      Jonathan M. Kozak