UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE L. SALMERON-DE JESUS and<br>FRANCISCO J. MEDINA-SUAREZ,<br><br>           Plaintiff,<br><br>– against –<br><br>NORTHERN DUTCHESS LANDSCAPING, INC.<br>JAMES MEDDAUGH, and INTERNATIONAL<br>LABOR MANAGEMENT CORPORATION, Inc.<br><br>           Defendants. | Case No. 7:08-cv-2168<br><br>**NOTICE OF<br>MOTION TO ADMIT COUNSEL<br><u>PRO HAC VICE</u>** |

_____

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Michael P. Collins, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Robin E. Shea, Esquire |
| Firm Name: | Constangy, Brooks & Smith, LLC |
| Address: | 100 N. Cherry Street, Suite 300 |
| City/State/Zip: | Winston-Salem, NC  27101 |
| Telephone/Fax: | Tel:  336-721-1001; Fax:  336-748-9112 |
| Email Address: | rshea@constangy.com |

Robin E. Shea, Esq. is a member in good standing of the Bar of the State of North Carolina.  There are no pending disciplinary proceedings against Robin E. Shea, Esq. in any State or Federal court.

Dated:  New York, NY
        May 23, 2008

                                            Respectfully submitted,

                                            By:    s/Michael P. Collins
                                            Michael P. Collins, Esq. (MC-0906)
                                            BOND, SCHOENECK & KING, PLLC
                                            Labor Management Corporation, Inc.
                                            330 Madison Avenue, 39th Floor
                                            New York, New York  10017-5001
                                            Telephone:  (646)253-2300
                                            Facsimile:  (646)253-2301
                                            E-mail:  mcollins@bsk.com

To:    Patricia C. Kakalec
Workers' Rights Law Center of New York, Inc.
101 Hurley Street, Suite 5
Kingston, NY 12401
Telephone: (845)331-6615
Facsimile: (845)331-6617

*Attorney for Plaintiff*

Jonathan M. Kozak, Esq.
Jackson Lewis LLP
One North Broadway
White Plains, NY 10601

*Attorneys for Defendants Northern Dutchess Landscaping, Inc. and James Meddaugh*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE L. SALMERON-DE JESUS and<br>FRANCISCO J. MEDINA-SUAREZ,<br><br>Plaintiff,<br><br>– against –<br><br>NORTHERN DUTCHESS LANDSCAPING, INC.<br>JAMES MEDDAUGH, and INTERNATIONAL<br>LABOR MANAGEMENT CORPORATION, Inc.<br><br>Defendants. | )<br>)<br>)  Case No. 7:08-cv-2168<br>)<br>)<br>)  **AFFIRMATION IN SUPPORT**<br>)  **OF UNOPPOSED MOTION**<br>)  **FOR ADMISSION *PRO HAC***<br>)  **VICE FOR ROBIN E. SHEA**<br>) |

MICHAEL P. COLLINS hereby affirms:

1.   I am senior counsel of the law firm of Bond, Schoeneck & King, PLLC.  I am familiar with the proceedings in this case, and the facts set forth herein.  I submit this affidavit in support of defendant International Labor Management Corporation's ("ILMC") motion for the admission *pro hac vice* of Robin E. Shea, Esq. so that she may appear and participate in this action as counsel to ILMC.

2.   I am a member in good standing of the bar of the State of New York and was admitted to practice in 1992.  I am admitted to practice before this Court, as well as the State of New Jersey and the United States District Courts for the Eastern and Western Districts of New York and the District of New Jersey, and am in good standing with all these Courts.

3.   Robin E. Shea, Esq. is an attorney with the law firm of Constangy, Brooks & Smith, LLC, 100 N. Cherry Street, Suite 300, Winston-Salem, NC  27101, telephone:  336-721-1001, facsimile:  336-748-9112.

    4.    Robin E. Shea is a member of the Bar of the State of North Carolina.  A Certificate of Good Standing dated April 24, 2008 from the Supreme Court of North Carolina is attached to Ms. Shea's accompanying affidavit.

    5.    I have found Ms. Shea to be a skilled attorney and a person of integrity.  She is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure.

    6.    Accordingly, I am pleased to move for the admission of Robin E. Shea, *pro hac vice*.

    7.    I respectfully submit a proposed order granting admission of Robin E. Shea, *pro hac vice*, which is attached hereto as Exhibit A.

    8.    WHEREFORE, it is respectfully requested that this Court grant this unopposed motion to admit Robin E. Shea, Esq., *pro hac vice*, to represent defendant in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
       May 23, 2008

                              s/Michael P. Collins
                              Michael P. Collins
                              SDNY Bar Code:  MC-0906

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE L. SALMERON-DE JESUS and<br>FRANCISCO J. MEDINA-SUAREZ,<br><br>　　　　　　Plaintiff,<br><br>　– against –<br><br>NORTHERN DUTCHESS LANDSCAPING, INC.<br>JAMES MEDDAUGH, and INTERNATIONAL<br>LABOR MANAGEMENT CORPORATION, Inc.<br><br>　　　　　　Defendants. | )<br>)<br>)　Case No. 7:08-cv-2168<br>)<br>)<br>)<br>)　**AFFIDAVIT IN SUPPORT**<br>)　**OF UNOPPOSED MOTION**<br>)　**FOR ADMISSION *PRO HAC***<br>)　**VICE FOR ROBIN E. SHEA**<br>)<br>) |

STATE OF NORTH CAROLINA　　)
　　　　　　　　　　　　　　) SS:
COUNTY OF FORSYTH　　　　　)

　　　COMES NOW, Robin E. Shea, a member of the Bar of the State of North Carolina, and submits her Affidavit in Support of Unopposed Motion for Admission *Pro Hac Vice* to appear on behalf of Defendant, International Labor Management Corporation. Being duly sworn, Ms. Shea deposes and says:

　　　1.　　The undersigned is an attorney with the firm of Constangy, Brooks & Smith, LLC, 100 N. Cherry Street, Suite 300, Winston-Salem, North Carolina, 336-721-1001 (phone), 336-748-9112 (facsimile), and is a resident of North Carolina.

　　　2.　　The undersigned certifies that she is and has been a member in good standing of the Bar of the State of North Carolina since 1988. The undersigned is also admitted to practice before: the North Carolina Supreme Court, United States District Court for the Middle, Eastern and Western Districts of North Carolina, United States Court of Appeals for the 3rd & 4th Circuits, and the U.S. Supreme Court.

403453.1

3. In addition, the undersigned is thoroughly familiar with the facts and law in this litigation.

4. The undersigned agrees to be subject to the orders, disciplinary action and civil jurisdiction of the United States District Court for the Southern District of New York in all respects as if she were a regularly admitted and licensed member of the bar of the United States District Court for the Southern District of New York.

5. The undersigned certifies that she is not currently, and has never been disbarred or suspended from the practice of law, nor the subject of disciplinary proceedings.

6. The undersigned has previously represented The International Labor Management Corporation, and has acquired an understanding of its operations, procedures and employment practices which will facilitate in the orderly and efficient presentation of this matter to the Court.

7. Counsel for the Plaintiff, Patricia C. Kakalec, Esq., authorized me to represent herein that she has no objection to the Court's granting of *Pro Hac Vice* admission status to the undersigned, and does not intend to oppose such motion.

WHEREFORE, the undersigned, Robin E. Shea, respectfully moves for the Admission *Pro Hac Vice*, for purposes herein stated.

Respectfully submitted,

By: *Robin E. Shea*
Robin E. Shea (NC-15862)
CONSTANGY BROOKS & SMITH, LLC
1001 N. Cherry St., Suite 300
Winston-Salem, NC  27101
Telephone:  (336) 721-1001
Facsimile:  (336) 748-9112
E-mail:  rshea@constangy.com

*Attorneys for Defendant*

403453.1

Dated: May 22, 2008

Sworn to and subscribed before me
this the 22nd day of May, 2008.

_Christina B Tucker_
Notary Public

Commission Expires:
May 13, 2012



403044.1

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 19, 1988, a license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

*ROBIN E. SHEA*

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at the office in Raleigh, this       April 24, 2008      .

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina