UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE L. SALMERON-DE JESUS and )
FRANCISCO J. MEDINA-SUAREZ, )
) Case No. 7:08-cv-2168
Plaintiff, )
) **NOTICE OF**
– against – ) **MOTION TO ADMIT COUNSEL**
) **PRO HAC VICE**
NORTHERN DUTCHESS LANDSCAPING, INC. )
JAMES MEDDAUGH, and INTERNATIONAL )
LABOR MANAGEMENT CORPORATION, Inc. )

Defendants.

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Michael P. Collins, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | W. R. Loftis, Jr. Esquire |
| Firm Name: | Constangy, Brooks & Smith, LLC |
| Address: | 100 N. Cherry Street, Suite 300 |
| City/State/Zip: | Winston-Salem, NC  27101 |
| Telephone/Fax: | Tel:  336-721-1001; Fax:  336-748-9112 |
| Email Address: | rloftis@constangy.com |

W. R. Loftis, Jr., Esq. is a member in good standing of the Bar of the State of North Carolina.  There are no pending disciplinary proceedings against W. R. Loftis, Jr., Esq. in any State or Federal court.

Dated: New York, NY
May 29, 2008

Respectfully submitted,

By /s/ Michael P. Collins
Michael P. Collins, Esq. (MC-0906)
BOND, SCHOENECK & KING, PLLC
Labor/Management Corporation, Inc.
330 Madison Avenue, 39th Floor
New York, New York  10017-5001
Telephone:  (646)253-2300
Facsimile:  (646)253-2301
E-mail:  mcollins@bsk.com

19134.1 5/29/2008

To:   Patricia C. Kakalec
      Workers' Rights Law Center of New York, Inc.
      101 Hurley Street, Suite 5
      Kingston, NY 12401
      Telephone: (845)331-6615
      Facsimile: (845)331-6617

      *Attorney for Plaintiff*

      Jonathan M. Kozak, Esq.
      Jackson Lewis LLP
      One North Broadway
      White Plains, NY 10601

      *Attorneys for Defendants Northern Dutchess Landscaping, Inc. and James Meddaugh*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE L. SALMERON-DE JESUS and<br>FRANCISCO J. MEDINA-SUAREZ,<br><br>Plaintiff,<br><br>– against –<br><br>NORTHERN DUTCHESS LANDSCAPING, INC.<br>JAMES MEDDAUGH, and INTERNATIONAL<br>LABOR MANAGEMENT CORPORATION, Inc.<br><br>Defendants. | Case No. 7:08-cv-2168<br><br>**AFFIRMATION IN SUPPORT<br>OF UNOPPOSED MOTION<br>FOR ADMISSION *PRO HAC<br>VICE* FOR W.R. LOFTIS, JR.** |

MICHAEL P. COLLINS hereby affirms:

1. I am senior counsel of the law firm of Bond, Schoeneck & King, PLLC. I am familiar with the proceedings in this case, and the facts set forth herein. I submit this affidavit in support of defendant's motion for the admission *pro hac vice* of W. R. Loftis, Jr., Esq. so that he may appear and participate in this action as counsel to defendant.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice in 1992. I am admitted to practice before this Court, as well as the State of New Jersey and the United States District Courts for the Eastern and Western Districts of New York and the District of New Jersey, and am in good standing with all these Courts.

3. W. R. Loftis, Jr., Esq. is an attorney with the law firm of Constangy, Brooks & Smith, LLC, 100 N. Cherry Street, Suite 300, Winston-Salem, NC 27101, telephone: 336-721-1001, facsimile: 336-748-9112.

4. W. R. Loftis, Jr. is a member of the Bar of the State of North Carolina. A Certificate of Good Standing dated April 24, 2008 from the Supreme Court of North Carolina is attached to Mr. Loftis' accompanying affidavit.

5. I have found Mr. Loftis to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of W. R. Loftis, Jr., *pro hac vice*.

7. I respectfully submit a proposed order granting admission of W. R. Loftis, Jr., *pro hac vice*, which is attached hereto as Exhibit A.

8. WHEREFORE, it is respectfully requested that this Court grant this unopposed motion to admit W. R. Loftis, Jr., Esq., *pro hac vice*, to represent defendant in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 29, 2008

*[signature]*
Michael P. Collins
SDNY Bar Code: MC-0906

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE L. SALMERON-DE JESUS and<br>FRANCISCO J. MEDINA-SUAREZ,<br><br>Plaintiff,<br><br>– against –<br><br>NORTHERN DUTCHESS LANDSCAPING, INC.<br>JAMES MEDDAUGH, and INTERNATIONAL<br>LABOR MANAGEMENT CORPORATION, Inc.<br><br>Defendants. | Case No. 7:08-cv-2168<br><br>**AFFIDAVIT IN SUPPORT<br>OF UNOPPOSED MOTION<br>FOR ADMISSION *PRO HAC<br>VICE* FOR W.R. LOFTIS, JR.** |

STATE OF NORTH CAROLINA  )
                         )  SS:
COUNTY OF FORSYTH        )

COMES NOW, W. R. Loftis, Jr., a member of the Bar of the State of North Carolina, and submits his Affidavit in Support of Unopposed Motion for Admission *Pro Hac Vice* to appear on behalf of Defendant, International Labor Management Corporation. Being duly sworn, Mr. Loftis deposes and says:

1. The undersigned is an attorney with the firm of Constangy, Brooks & Smith, LLC, 100 N. Cherry Street, Suite 300, Winston-Salem, North Carolina, 336-721-1001 (phone), 336-748-9112 (facsimile), and is a resident of North Carolina.

2. The undersigned certifies that he is and has been a member in good standing of the Bar of the State of North Carolina since 1971. The undersigned is also admitted to practice before: the North Carolina Supreme Court, United States District Court for the Middle, Eastern and Western Districts of North Carolina, Eastern District of Michigan, Eastern District of Tennessee, United States Court of Appeals for the 4th & 6th Circuits and the U. S. Supreme Court.

403044.1

3. In addition, the undersigned is thoroughly familiar with the facts and law in this litigation.

4. The undersigned agrees to be subject to the orders, disciplinary action and civil jurisdiction of the United States District Court for the Southern District of New York in all respects as if he were a regularly admitted and licensed member of the bar of the United States District Court for the Southern District of New York.

5. The undersigned certifies that he is not currently, and has never been disbarred or suspended from the practice of law, nor the subject of disciplinary proceedings.

6. The undersigned has previously represented The International Labor Management Corporation, and has acquired an understanding of its operations, procedures and employment practices which will facilitate in the orderly and efficient presentation of this matter to the Court.

7. Counsel for the Plaintiff, Patricia C. Kakalec, Esq., authorized me to represent herein that she has no objection to the Court's granting of *Pro Hac Vice* admission status to the undersigned, and does not intend to oppose such motion.

WHEREFORE, the undersigned, W. R. Loftis, Jr., respectfully moves for the Admission *Pro Hac Vice*, for purposes herein stated.

Respectfully submitted,

By: _____
W. R. Loftis, Jr. (NC-34097)
CONSTANGY BROOKS & SMITH, LLC
1001 N. Cherry St., Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112
E-mail: rloftis@constangy.com

*Attorneys for Defendant*

403044.1

Dated: May 22, 2008

Sworn to and subscribed before me this the 22nd day of May, 2008.

*Christina B Tucker*
Notary Public

Commission Expires: May 13, 2012



# Supreme Court
## OF THE STATE OF NORTH CAROLINA



*I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 14, 1971, a license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to*

### W. R. LOFTIS, JR.

*according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.*

*To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.*

*WITNESS my hand and the Seal of the Supreme Court of North Carolina at the office in Raleigh, this       June 9, 2008       .*

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina