*fee paid $25*
*E 651237*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10

JOSE L. SALMERON-DE JESUS and )
FRANCISCO J. MEDINA-SUAREZ, )
) Case No. 7:08-cv-2168 (KMK)
)
Plaintiff, )
) **NOTICE OF**
– against – ) **MOTION TO ADMIT COUNSEL**
) **PRO HAC VICE**
NORTHERN DUTCHESS LANDSCAPING, INC. )
JAMES MEDDAUGH, and INTERNATIONAL )
LABOR MANAGEMENT CORPORATION, Inc. )
)
Defendants.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Michael P. Collins, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Robin E. Shea, Esquire |
| Firm Name: | Constangy, Brooks & Smith, LLC |
| Address: | 100 N. Cherry Street, Suite 300 |
| City/State/Zip: | Winston-Salem, NC 27101 |
| Telephone/Fax: | Tel: 336-721-1001; Fax: 336-748-9112 |
| Email Address: | rshea@constangy.com |

Robin E. Shea, Esq. is a member in good standing of the Bar of the State of North Carolina. There are no pending disciplinary proceedings against Robin E. Shea, Esq. in any State or Federal court.

*Granted, So Ordered. 6/17/08*

Dated: New York, NY
May 29, 2008

Respectfully submitted,

By /s/ Michael P. Collins
Michael P. Collins, Esq. (MC-0906)
BOND, SCHOENECK & KING, PLLC
Labor Management Corporation, Inc.
330 Madison Avenue, 39th Floor
New York, New York 10017-5001
Telephone: (646)253-2300
Facsimile: (646)253-2301
E-mail: mcollins@bsk.com

DOC #: 10
DATE FILED: 6-13-08

403563.1

19135.1 5/29/2008

To:    Patricia C. Kakalec
Workers' Rights Law Center of New York, Inc.
101 Hurley Street, Suite 5
Kingston, NY 12401
Telephone: (845)331-6615
Facsimile: (845)331-6617

*Attorney for Plaintiff*

Jonathan M. Kozak, Esq.
Jackson Lewis LLP
One North Broadway
White Plains, NY 10601

*Attorneys for Defendants Northern Dutchess Landscaping, Inc. and James Meddaugh*