UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE L. SALMERON-DE JESUS and
FRANCISCO J. MEDINA-SUAREZ,

        Plaintiff,

– against –

NORTHERN DUTCHESS LANDSCAPING, INC.
JAMES MEDDAUGH, and INTERNATIONAL
LABOR MANAGEMENT CORPORATION, Inc.

        Defendants.

Case No. 7:08-cv-2168 (KMK)

**NOTICE OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Michael P. Collins, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | W. R. Loftis, Jr. Esquire |
| Firm Name: | Constangy, Brooks & Smith, LLC |
| Address: | 100 N. Cherry Street, Suite 300 |
| City/State/Zip: | Winston-Salem, NC 27101 |
| Telephone/Fax: | Tel: 336-721-1001; Fax: 336-748-9112 |
| Email Address: | rloftis@constangy.com |

W. R. Loftis, Jr., Esq. is a member in good standing of the Bar of the State of North Carolina. There are no pending disciplinary proceedings against W. R. Loftis, Jr., Esq. in any State or Federal court.

Dated: New York, NY
       May 29, 2008

Respectfully submitted,

By _____
Michael P. Collins, Esq. (MC-0906)
BOND, SCHOENECK & KING, PLLC
Labor/Management Corporation, Inc.
330 Madison Avenue, 39th Floor
New York, New York 10017-5001
Telephone: (646)253-2300
Facsimile: (646)253-2301
E-mail: mcollins@bsk.com

*Granted,
So Ordered.
[signature]
6/17/08*

19134.1 5/29/2008

To:    Patricia C. Kakalec
Workers' Rights Law Center of New York, Inc.
101 Hurley Street, Suite 5
Kingston, NY 12401
Telephone: (845)331-6615
Facsimile: (845)331-6617

*Attorney for Plaintiff*

Jonathan M. Kozak, Esq.
Jackson Lewis LLP
One North Broadway
White Plains, NY 10601

*Attorneys for Defendants Northern Dutchess Landscaping, Inc. and James Meddaugh*