UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jose L. Salmeron-DeJesus,

                Plaintiff(s),                08 Civ. 2168 (KMK) (LMS)

-against-                            ORDER OF REFERENCE
                                                     TO A MAGISTRATE JUDGE

Northern Dutchess Landscaping Inc., et al.,

                Defendant(s).

------------------------------------------------------------X

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

| ✓ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ | Inquest After Default/Damages Hearing | | |
| | | | Particular Motion:_____ |
| | | | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: August 4, 2008

SO ORDERED

/s/ Kenneth M. Karas
Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____