UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

August 7, 2008

**SCHEDULING ORDER**
08CV2168 (KMK) (LMS)

TO ALL PARTIES:

The matter of **SALMERON DEJESUS -V-NO. DUTCHESS** has been scheduled

for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge,

on **September 9, 2008** at 10:30 AM in Courtroom 420.

Notify any new parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _/s/ Lisa Margaret Smith_

Hon. Lisa Margaret Smith
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

August 7, 2008

**SCHEDULING ORDER**
08CV2168 (KMK) (LMS)

TO ALL PARTIES:

The matter of **SALMERON DEJESUS -V- NO. DUTCHESS** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **September 9, 2008** at 10:30 AM in Courtroom 420.

Notify any new parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: /s/ Lisa Margaret Smith
_____
Hon. Lisa Margaret Smith
U.S.M.J.